**THOMAS C. HORNE**
**ATTORNEY GENERAL**
Firm Bar No. 14000
**James T. Skardon (006973)**
**Joseph P. Mikitish (013972)**
Assistant Attorneys General
1275 West Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-8535
Email: Environmental@azag.gov
Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kelly Paisley and Sandra Bahr,<br><br>Plaintiffs,<br><br>vs.<br><br>Henry R. Darwin, in his capacity as Director of the Arizona Department of Environmental Quality; and Doug Ducey, in his capacity as Treasurer of the State of Arizona,<br><br>Defendants. | Case No: 2:10-CV-01253-DGC<br><br>**DEFENDANTS' RESPONSE TO PLAINTIFFS' STATEMENT OF FACTS** |

Pursuant to LRCiv56.1(b), Defendants, through their attorneys undersigned, hereby respond to Plaintiffs' Separate Statement of Facts in Support

of their Motion for Summary Judgment, filed April 15 ("Plaintiffs' SOF"). As provided by the cited rule, the following paragraphs respond to the correspondingly numbered paragraphs in Plaintiffs' Statement:

    1.    Not disputed.

    2.    Plaintiffs' Statement of Fact no. 2 is disputed.  Neither of the Plaintiffs' Declarations filed with the Court contains any statement about being adversely affected by being forced to breathe air less pure than required under the Clean Air Act. *See* Exhibits 2 and 3 to Plaintiffs' Separate Statement of Facts, Doc. 41-1.

    3.    Plaintiffs' Statement of Fact no. 3 is disputed.  Henry Darwin is the Director of ADEQ, and his enforcement authority regarding SIPs is limited by the provisions of A.R.S. §§ 49-404 and 406. ( Answer to Second Amended Complaint, Doc. 36 at ¶ 6).

    4.    Disputed.  Defendant Ducey legally was responsible for distribution of only some lottery monies, those brought in to the LTAF pursuant to former A.R.S. § 5-522(B). A.R.S. §§ 28-8101-03 (2009).

    5.    Not disputed.

    6.    Not disputed.

    7.    Not disputed.

8. Not disputed.

9. Not disputed.

10. Not disputed.

11. Not disputed.

12. Not disputed.

13. Not disputed, although Defendants dispute any implication of this paragraph that the provisions of former A.R.S. § 5-522 (B) are included in any commitment or transportation control measure under any State Implementation Plan. (Defendants' Statement of Facts, Doc. 39 at ¶¶ 1-3; Doc. 38 at 10-13).

14. Not disputed.

15. The last sentence of Statement of Fact no. 15 is disputed. Defendants dispute that the entirety of H.B. 2001, including all LTAF funding, was included in the commitments of the State of Arizona in the SIPs submitted to EPA. (Doc. 38 at 10-13; Doc. 39 at ¶¶ 1-3).

16. Not disputed.

17. Not disputed.

18. Not disputed.

19. Not disputed, but see Response No. 15 above.

20. Disputed. See Additional Statement of Fact No. 1 below.

21. Disputed. See Additional Statement of Fact No. 2 below.

22. Not disputed.

23. Not disputed.

24. Not disputed.

25. Not disputed.

26. Not disputed.

27. Not disputed.

28. Not disputed.

29. Not disputed.

30. Not disputed.

31. Not disputed.

32. Not disputed.

33. Not disputed.

34. Not disputed.

35. Disputed. See Additional Statement of Fact No. 3 below.

36. Not disputed.

37. Not disputed.

38. Not disputed.

39.  Not disputed.

40.  Not disputed, except that EPA made the subject finding on February 14, 2011. (Exhibit 11 to Plaintiffs' SOF).

**<u>Defendants' Additional Statements of Fact</u>**

Defendants' Additional Statements of Fact are supported by the attached Affidavit of Diane L. Arnst ("Arnst Affidavit") and Exhibits A and B thereto:

1.  Statement of Fact No. 20 is disputed to the extent it states or implies that the commitment of the State of Arizona from the Lottery was to distribute $15 to $16 million per year to the cities in the MAG Regional Planning Area. The statement cited by Plaintiffs does not describe the funding as a control measure. The committed funding under the SIPs is described at p. 5-7 as stated in Paragraph 19 of Plaintiffs' SOF.  The citation to the transit funding in Plaintiffs' Statement of Fact No. 20 is to a separate section of the chapter, describing "Basic Transportation Needs" of local governments, not State-committed control measures.  ( Arnst Affidavit, ¶ 4; Exhibit A to Arnst Affidavit, pp. 5-7, 5-23 to 5-27).

2.  Plaintiffs' Statement of Fact No. 21 is disputed.  The referenced page is a table (Table 5-6) not included among the Exhibits to Plaintiffs' Statement of Facts and so no admissible evidence is submitted to support

5

1  Plaintiffs' Statement.  Additionally, Table 5-6 clearly describes the cited funding

2  as a "Forecast" only.  Page 5-26 preceding Table 5-6 also clearly states that the

3  

4  table describes a plan which represents a commitment of resources by the City of

5  Phoenix and the local transportation authority, not the State.  Page 5-26 also

6  

7  states that this local commitment of resources is "revised at least annually to

8  reflect changing resources and priorities."  (Arnst Affidavit ¶ 4; Exhibit A to

9  Arnst Affidavit pp. 5-26, 5-27).

10

11         3.     Plaintiffs' Statement of Fact No. 35 is disputed.  The cited portion of

12  Appendix B, p. 8-4, does not describe a State commitment to funding, but is

13  
   contained within a section that describes local government commitments to
14  

15  transit service. (Arnst  Affidavit ¶ 5; Arnst  Affidavit Exhibit B,  pp. 8-1, 8-3, 8-

16  4.)

17

18

19         RESPECTFULLY SUBMITTED this 16th day of May, 2011.

20
                          THOMAS C. HORNE
21                        Attorney General
                          s/James T. Skardon
22                        James T. Skardon
23                        Assistant Attorney General
                          Environmental Enforcement Section
24

25

26

6

# NOTICE OF ELECTRONIC FILING AND CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2011, I electronically transmitted the foregoing document to the Clerk of the Court using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Timothy M. Hogan
Joy E. Herr-Cardillo
Arizona Center for Law in the Public Interest
2205 E. Speedway Blvd.
Tucson, AZ 85719
jherrcardillo@aclpi.org
thogan@aclpi.org
Attorneys for Plaintiffs

                THOMAS C. HORNE
                ATTORNEY GENERAL
                s/James T. Skardon
                Assistant Attorney General
                Environmental Enforcement Section

1852561/cg